NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
                                    :
JEAN MARIE SIRAVO,                  :
                                    :
                 Plaintiff,         :       Civil No. 07-3282 (RBK)
                                    :
           v.                       :       **ORDER**
                                    :
MICHAEL J. ASTRUE, COMMISSIONER     :
OF SOCIAL SECURITY,                 :
                                    :
                 Defendant.         :
_____ :

**THIS MATTER HAVING COME BEFORE THE COURT** upon appeal by Plaintiff Diane Raymond ("Claimant"), pursuant to 42 U.S.C. § 405(g), for review of a final determination of the Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits ("DIB"); and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that the ALJ's decision denying benefits is **AFFIRMED**.

Dated:   8-12-08                             /s/ Robert B. Kugler
                                            ROBERT B. KUGLER
                                            United States District Judge